```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                      JACKSON DIVISION
```

**JONATHAN M. FULCHER**                                          **PLAINTIFF**

**VS.**                                  **CIVIL ACTION NO.3:05CV49-WHB-JCS**

**CHRISTOPHER EPPS, ET AL.**                                    **DEFENDANTS**

<u>ORDER</u>

This cause is before the Court on Plaintiff Fulcher's Motion for Temporary Restraining Order, which was filed with the Clerk of the Court on June 20, 2006, under docket entry no. 20. Through the Motion, Fulcher seeks an Order requiring the Mississippi Department of Corrections to change his custody status from B-Custody to D-Custody. In short, Fulcher has failed to satisfy the standard to prove that he is entitled to a temporary restraining order. <u>See</u> Fed. R. Civ. P. 65(b). The Motion is HEREBY DENIED.

SO ORDERED this the 26th day of July, 2006.

                                   <u>s/ William H. Barbour, Jr.</u>
                                   UNITED STATES DISTRICT JUDGE

tct